Decided March 11, 1996

MARIA MOURA ET AL. *v.* JOSEPH PULIERI ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 40 Conn. App. 183 (AC 14063), is denied.

*Gregory P. Lynch,* in support of the petition.

*Richard S. Scalo* and *Ronald D. Japha,* in opposition.

Decided March 11, 1996